# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10433
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 21, 2016

Lyle W. Cayce
Clerk

ROY LEE,

        Plaintiff - Appellant

v.

DALLAS POLICE DEPARTMENT,

        Defendant - Appellee

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CV-3883

---

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:*

     Having carefully considered appellant's brief and the pertinent portions of the record, we find no error of law or reversible error of fact. We AFFIRM the judgment for essentially the same reasons stated by the district court.

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.